UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ELISA FRANCO,**<br><br>        Plaintiff,<br><br>v.<br><br>**A BETTER WAY WHOLESALE AUTOS, INC. and BCI FINANCIAL CORP.,**<br><br>        Defendants. | :<br>:  **CIVIL CASE NO. 3:14-cv-00422-VLB**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come before the Court on plaintiff's complaint before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having previously issued a Ruling and Order on March 1, 2016 granting the plaintiff's motion for partial summary judgment and denying defendant's motion for partial summary judgment, doc. #42; and

The Court having issued a Ruling and Order on May 2, 2016 granting the plaintiff's motion for final judgment, doc. #52; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in plaintiff's favor against both defendants, awarding $2,000.00 in damages on which defendants are jointly and severally liable and closing this case.  The Court retains jurisdiction to rule on plaintiff's motion for attorney fees.

**Dated at Hartford, Connecticut, this 12th day of May, 2016.**

**ROBIN D. TABORA, Clerk**

**By  /s/CEF**
**Chester Fernández**
**Deputy Clerk**

**EOD: 05/12/16**