**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of June, two thousand and sixteen.

_____

Elisa Franco,

       Plaintiff - Appellee,

v.

A Better Way Wholesale Autos, Inc.,
BCI Financial Corp,

       Defendants - Appellants.
_____

**ORDER**

Docket No. 16-1504

Counsel for Appellants has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 16, 2016 as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

IT IS HEREBY ORDERED that Appellants' brief and the joint appendix must be filed on or before August 31, 2016. The appeal is dismissed effective August 31, 2016 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/16/2016