UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Elisa Franco

v.  CIVIL ACTION NO. 3:14-cv-00422 (VLB)

A Better Way Wholesale Autos, Inc.

## MOTION FOR APPOINTMENT OF PERSON TO SERVE PROCESS

Plaintiff moves this Court to appoint __Marshal Willie Davis__, a qualified person over eighteen (18) years of age, residing in __Waterbury__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __Rocky Hill__, Connecticut, this __1st__ day of __December__, 20__16__.

_____
Attorney for Plaintiff
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel.: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

SO ORDERED,

ROBIN D. TABORA, Clerk
By:

_____
Deputy Clerk

Dated: _____

Rev. 8/21/14