# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELISA FRANCO | ) | CIVIL ACTION NO. |
|    Plaintiff | ) | 3:14-CV-00422-VLB |
| | ) | |
| v. | ) | |
| | ) | |
| A BETTER WAY WHOLESALE | ) | |
| AUTOS, INC. and BCI FINANCIAL | ) | |
| CORP. | ) | |
|    Defendants | ) | |
| | ) | MAY 30 2017 |

## MOTION FOR SUPPLEMENTAL ATTORNEY'S FEES

The Plaintiff, Elisa Franco, hereby moves for an award of supplemental attorney's fees in the amount of $22,814.06 to be paid by the defendant, A Better Way Wholesale Autos, Inc. In support of this Motion, Plaintiff attaches the declarations of the undersigned counsel and Brian L. Bromberg and a supporting Memorandum of Law.

                                               **PLAINTIFF, ELISA M. FRANCO**

                                               By: /s/ *Daniel S. Blinn*
                                                      Daniel S. Blinn (ct02188)
                                                      Consumer Law Group, LLC
                                                      35 Cold Spring Road, Suite 512
                                                      Rocky Hill, Connecticut 06067
                                                      Tel. (860) 571-0408
                                                      Fax (860) 571-7457
                                                      dblinn@consumerlawgroup.com

## **CERTIFICATION**

I hereby certify that on this 30TH day of May, 2017, a copy of the foregoing Motion for Attorney's Fees, the supporting Declaration of Daniel S. Blinn and Declaration of Brian L. Bromberg, and the supporting Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Daniel S. Blinn*
**Daniel S. Blinn**