UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELISA FRANCO | ) | CIVIL ACTION NO. |
|    Plaintiff | ) | 3:14-CV-00422-VLB |
| | ) | |
| v. | ) | |
| | ) | |
| A BETTER WAY WHOLESALE | ) | |
| AUTOS, INC. and BCI FINANCIAL | ) | |
| CORP. | ) | |
|    Defendants | ) | |
| _____ ) | | MAY 30, 2017 |

### DECLARATION OF DANIEL S. BLINN

STATE OF CONNECTICUT     :
                                                : ss.  Rocky Hill
COUNTY OF HARTFORD      :

The undersigned hereby declares under penalty of perjury that:

1. I am over eighteen years of age, and I believe in the obligations of an oath.

2. I am the founder and Managing Attorney of Consumer Law Group, LLC ("CLG"), a private law firm established in 1997, that focuses its practice upon representing consumers against business entities and the advancement of consumer rights and protection matters.

3. I was the trial counsel in this matter, and I have worked closely with Attorney Brian L. Bromberg, who had primary responsibility for the appeal of this matter.

4. This is one of nine pending cases in which A Better Way Wholesale Autos has appealed from judgments obtained by consumers represented by my firm.

5. Although I have handled appeals on behalf of appellants and appellees, I do not handle appellate work on a regular basis.

6. My office, which consists of myself and one associate attorney currently working on a part-time basis, does not have the resources to defend all of appeals arising from judgments obtained against A Better Way Wholesale Autos.

7. I therefore recommended to Ms. Franco that we engage Attorney Brian L. Bromberg as co-counsel.

8. I have co-counseled with Attorney Bromberg for more than ten years on numerous matters in Connecticut and New York.

9. It is common for consumer protection lawyers, most of whom practice in solo or small firm practices, to co-counsel on cases requiring additional resources.

10. Attorney Bromberg and I work together in the same fashion as partners within a larger firm, and that is how we functioned in our handling of this matter.

11. It is CLG's practice for all personnel to make contemporaneous records of work performed on client matters, including the amount of time required and a description of the work. These entries are then entered into the firm's computer billing program.

12. The billing rate for my work described in this affidavit is $400 per hour. The billing rate for my paralegal Lori Miner for her work in preparing this motion and memorandum of law is $150 per hour.

13. I believe that my billing rates, and those of Attorney Bromberg and the staff members at CLG, are comparable to those charged by other Connecticut firms with comparable levels of experience and expertise, and these rates have been approved in prior fee applications by both state and federal courts.

14. Prior to commencing work on this fee motion, I sent an email and facsimile to Attorney Kenneth Votre regarding the Second Circuit's Summary Order. The email, which primarily involved a

discussion of payment of the judgment amount, also stated:

> Finally, it is our intention to file a motion seeking supplemental attorney's fees for the cost of appeal and other post-judgment work. If you are interested in avoiding additional litigation costs and would like to discuss an agreement regarding those fees, please let me know by May 23.

15. Although Mr. Votre's office replied to this email, which raised other issues concerning this case and another case, that reply made no reference to the suggestion that the parties resolve the supplemental attorney's fee issue without further litigation.

16. I attach as "Exhibit A" a report showing the work performed in connection with the Appeal.

17. The time entries reflect the work performed by me in representing the Plaintiff in the CAMP Conference and in efforts to settle this case without need for the appeal, which efforts were not successful.

18. The time entries also reflect the work performed by me in furnishing Attorney Bromberg with the information required to handle the appeal, identifying issues to be raised in the reply memoranda, and

assisting Attorney Brombeg in preparation of the appellate brief and in preparing for oral argument.

19. I did not attend the argument and am not seeking compensation for additional time spent listening to the recording of the argument or in subsequent discussions with Mr. Bromberg regarding the argument.

20. It is my considered opinion that the reasonable value of the work performed by me and my firm for work performed in defending the judgment on appeal, collecting the judgment, attempting to resolve the supplemental fee issue, and preparing this motion is $5,845.

21. Filed simultaneously herewith is the Declaration of Brian L. Bromberg showing the work that he performed in connection with the Appeal.

22. I have reviewed Mr. Bromberg's time entries, and it is my considered opinion that the time expended and the hourly rates claimed are reasonable.

23. It is my considered opinion that a total fee of $22,814.06 is reasonable compensation for the work described in this application.

5

**24. This amount includes $289.06 for the portion of the printer's bill that is not allowable in the Verified Bill of Costs, which is sought separately in a bill of costs filed with the Circuit Court. A copy of the Verified Bill of Costs and the bill is attached hereto.**

<u>**/s/ Daniel S. Blinn**</u>
**Daniel S. Blinn**

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: May 18, 2017 | DC Docket #: 14-cv-422 |
| Docket #: 16-1504cv | DC Court: CT (NEW HAVEN) |
| Short Title: Franco v. A Better Way Wholesale Autos | DC Judge: Bryant |

# VERIFIED ITEMIZED BILL OF COSTS

Counsel for Elisa Franco, Plaintiff/Appellee

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Defendants/Appellants A Better Way Wholesale Autos, Inc. and BCI Financial Corp.

and in favor of Elisa Franco, Plaintiff/Appellee

for insertion in the mandate.

Docketing Fee     N/A

Costs of printing appendix (necessary copies _____ )   N/A

Costs of printing brief (necessary copies 300 Pages @ 0.20 )   $235.00

Costs of printing reply brief (necessary copies _____ )   N/A

I hereby certify that the above Bill of Costs and attached statement are an accurate staement of the taxable costs incurred in this matter.

/s/ Daniel S. Blinn
Daniel S. Blinn
Consumer Law Group, LLC
35 Cold Spring Road
Suite 512
Rocky Hill, CT 06067
860-571-0408

**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990   Fax: (212) 398-9253

# Invoice #51927

*Please refer to invoice number with Payment*

To:   Brian L. Bromberg, Esq.
   Bromberg Law Office, P.C.
   26 Broadway, 21st Floor
   New York, NY 10004

*If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.*

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 1/3/2017 | Net 30 Days | Paul LaMar | Court of Appeals for the 2nd Circuit |

**Elisa Franco v. A Better Way Wholesale Autos, Inc.**
**Appellee's Brief**

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | 31 Page Brief - 10 Copies (includes covers & binding) @ | 330.00 | 330.00 |
| 0.5 | Electronic File Production and Review @ | 95.00 | 47.50 |
| 1 | Court Filing @ | 75.00 | 75.00 |
| 1 | Fed Ex Standard Overnight @ | 28.84 | 28.84 |

Subtotal: 481.34
Sales Tax: 42.72
Total Invoice Amount: 524.06
Payment Received: 524.06

**Please remit payment by:   2/3/2017**         **Total Amount Due:   Paid In Full**

Tax ID: 13-3771850

18795 PL  69480    (212) 248-7906           Page 1 of 1

# EXHIBIT A

Date: 5/30/2017
User: LM

# Pre-Bill Worksheet

Bill To: **Franco, Elisa v. A Better Way Wholesale Autos - AC 16-1504**

Elisa Franco
PO Box 254
West Haven, CT 06516

Billing Cycle:
Status                Active
Instructions
Fee Arrangement:      Standard - First Bill
Exp Arrangement:      Standard

Billing Actions

Last Bill Date:       n/a
Last Payment Date     5/25/2017

**Fees**

| Date / Staff | Bill Code / Description | Rate Markup % | Hours DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 5/31/2016 DSB | review misc filings in appeal and email opposing counsel re errors in revised docket statement (.2); review memo of decision granting attorney's fees (.1) | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 7/08/2016 DSB | review status of appeal and consideration of status of docketed record; notes to file re same | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 7/13/2016 DSB | Prepare mediation statement for 2nd Circuit Mediation | $400.00 | 0.40 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |
| 7/18/2016 DSB | review misc emails re upcoming settlement conference and discuss client participation issues w/ LM | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 7/18/2016 LM | tct client and email to CAMP mediation with client contact for mediation. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 7/21/2016 DSB | participate in 2d Cir Settlement Conf | $400.00 | 1.70 | 0.00 | $680.00 | Billable | $680.00 | $680.00 |
| 7/22/2016 DSB | review and evaluate mediator's number and forward to client w/ recommendation (.3) tc w/ client re same (.2); email to Atty Votre advising of client final settlement position (.1) | $400.00 | 0.60 | 0.00 | $240.00 | Billable | $240.00 | $240.00 |
| 7/27/2016 DSB | respond to client inquiry re settlement discussions | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |

**Pre-Bill Worksheet**

| Date / Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 8/22/2016 DSB | email to client re statement by ABW re willing to pay amount recommended by mediator and recommended settlement | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/23/2016 DSB | email to Atty Votre proposing settlement | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/23/2016 DSB | email exchange w/ client regarding parties' respective settlement positions | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/23/2016 DSB | review authority from client to settle; tc to Atty Votre re same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 9/01/2016 DSB | review order dismissing appeal for failure of ABW to file brief | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 9/07/2016 DSB | evaluate status of case (dismissal due to failure to file brief in light of lack of request for consented extension) and draft update to client | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 9/15/2016 DSB | tc w/ Brian Bromberg re appeal issues and anticipated motion to reinstate dismissed appeal; tc w/ client re retaining Atty Bromberg to defend appeal; notes to file and email confirmations | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 9/15/2016 DSB | review motion to reinstate appeal and consideration of whether to respond to false factual assertions of "good cause"; tc w/ Brian Bromberg re same (.2); review draft appellate brief (.2) | $400.00 | 0.40 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |
| 9/20/2016 LM | Email to client advising ABW moved to reinstate appeal. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 9/27/2016 DSB | review mandate order and dismissal | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 9/29/2016 LM | Review mandate order and calendar court deadline to file scheduling notification letter | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 10/03/2016 DSB | email client re reinstatement of appeal and status of briefing | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/13/2016 LM | tct Atty Bromberg re: deadline to file scheduling letter | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 10/14/2016 LM | Receipt/review court order re: appellee brief due date and calendar court deadline. | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 12/01/2016 LM | Prepare bank execution (.1) and motion to appoint process server (.1) and efile (.1). | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |

2

## Pre-Bill Worksheet

| Date / User | Description | Rate | Hours | No Charge | Amount | Status | Billable | Total |
|---|---|---|---|---|---|---|---|---|
| 12/08/2016 DSB | review proposed escrow agreement and email to Brian Bromberg re same ( . 2 split between Dixon and Franco files) | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 12/13/2016 LM | Email to Brian Bromberg with ABW's Rule 56a response. | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 12/15/2016 DSB | tc w/ co-counsel re issues re brief | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 12/26/2016 DSB | review (brief) of draft brief and comments to Brian Bromberg re structure and additional issues to raise | $400.00 | 0.40 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |
| 12/27/2016 DSB | revise and comment on new draft of brief | $400.00 | 1.70 | 0.00 | $680.00 | Billable | $680.00 | $680.00 |
| 12/27/2016 DSB | continued revision and comment on drafts | $400.00 | 1.20 | 0.00 | $480.00 | Billable | $480.00 | $480.00 |
| 12/28/2016 DSB | review and final edits to draft brief | $400.00 | 0.50 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 1/03/2017 LM | tct Atty Votre re: escrow agreement | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 1/12/2017 DSB | review ABW reply brief | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 3/03/2017 DSB | update to client (respond to inquiry) | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/02/2017 DSB | review of briefs and prepare notes for prep session | $400.00 | 0.80 | 0.00 | $320.00 | Billable | $320.00 | $320.00 |
| 5/02/2017 DSB | arg prep w/ Brian Bromberg | $400.00 | 1.30 | 0.00 | $520.00 | Billable | $520.00 | $520.00 |
| 5/05/2017 DSB | final oral argument prep w/ Brian Bromberg | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 5/05/2017 DSB | review recorded argument and report to client re same | $400.00 | 0.50 | 0.50 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/15/2017 DSB | review new authority and evaluate whether to bring to attention of 2nd Circuit | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/18/2017 DSB | review summary order of 2nd Cir. and email to client re same and re case status(.3); email to Atty Votre re proposal to negotiate supplemental fees and re withdrawal from escrow (.2) | $400.00 | 0.50 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 5/24/2017 DSB | Evaluate failure of ABW to respond to proposal to negotiate supplemental fees; review billing statement by Atty Bromberg and instructions to LM to prepare motion for fees and outline same | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 5/26/2017 LM | Prepare bill of costs (.2); prepare | $150.00 | 1.60 | 0.00 | $240.00 | Billable | $240.00 | $240.00 |

**Pre-Bill Worksheet**

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Motion for supplemental fees (.2) and supporting MOL (.1.0); Decl DSB (.2). |  |  |  |  |  |  |
| 5/27/2017 DSB | revise draft fee motion, memo of law, and declaration | $400.00 | 0.90 | 0.00 | $360.00 Billable | $360.00 | $360.00 |
| 5/30/2017 DSB | Final review of fee motion and time entries; finalize same | $400.00 | 0.40 | 0.00 | $160.00 Billable | $160.00 | $160.00 |
| 5/30/2017 LM | Tct Printing House Press to request paid receipt (.1); edit/finalize verified bill of costs and invoice (.4). | $150.00 | 0.50 | 0.00 | $75.00 Billable | $75.00 | $75.00 |
| Total | Billable Fees |  | 17.20 |  | $5,845.00 |  | $5,845.00 |

**Expenses**

| Date Staff | Bill Code Description | Price Markup % | Quantity | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|
| 2/10/2017 DSB | $LEG Printing House Press (Appellee Brief) - check # 5937 for $524.06.  Amount not includable in Bill of Costs. | $289.06 | 1.00 | $289.06 | Billable | $289.06 | $289.06 |
| Total | Billable Expenses |  |  | $289.06 |  |  | $289.06 |

4