## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ELISA FRANCO** ) | **CIVIL ACTION NO.** |
| **Plaintiff** ) | **3:14-CV-00422-VLB** |
| ) | |
| **v.** ) | |
| ) | |
| **A BETTER WAY WHOLESALE AUTOS, INC.** ) | |
| **and BCI FINANCIAL CORP.** ) | |
| **Defendants** ) | |
| _____ ) | **MAY 27, 2017** |

### Declaration of Brian L. Bromberg in Support of

### Plaintiff's Motion for Attorney Fees and Costs

Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby declare

under penalty of perjury, that the following is true and correct:

1.     I am a principal of the Bromberg Law Office, P.C.

2.     I am submitting this Declaration in support of the request

for an award of attorney fees, costs and expenses incurred in litigating

the appeal on this case.

3.     My rate on this matter is $400 an hour.

4.     As explained below, I have been awarded considerably

more on federal-court cases.

1

5.      The credentials and court decisions upon which I base my

hourly rate are as follows:

6.      I graduated from Oberlin College with a B.A. in Philosophy

in 1987.

7.      I earned my J.D. from Brooklyn Law School in 1991.

8.      I am a member in good standing of the bars of the following

state courts:

New York State Bar (Appellate Division, Second

Department)

March 4, 1992


California Bar

July 17, 2006


7.      I am a member in good standing of the following federal

courts:


U.S. District Court for the Southern District of New York

May 19, 1992

2

**U.S. District Court for the Eastern District of New York**

**June 10, 1992**

**United States Court of Appeals for the Second Circuit**

**January 10, 2002**

**Supreme Court of the United States**

**August 4, 2003**

**U.S. District Court for the Northern District of Illinois**

**August 15, 2003**

**United States Court of Appeals for the Seventh Circuit**

**May 13, 2004**

**U.S. District Court for the Western District of New York**

**December 6, 2004**

**U.S. District Court for the Northern District of New York**

**January 4, 2005**

**U.S. District Court for the Northern District of Indiana**

**August 30, 2005**

**U.S. District Court for the District of Connecticut**

**March 3, 2006**

**U.S. District Court for the Northern District of California**

**August 7, 2006**

**U.S. District Court for the Central District of California**

**August 10, 2006**

**U.S. District Court for the Southern District of California**

**August 24, 2006**

**U.S. District Court for the Eastern District of California**

**August 29, 2006**

**U.S. District Court for the Western District of Wisconsin**

**May 14, 2008**


**United States Court of Appeals for the Third Circuit**

**August 12, 2009**


**United States Court of Appeals for the Fourth Circuit**

**April 11, 2011**


**United States Court of Appeals for the Eleventh Circuit**

**August 19, 2011**


**U.S. District Court for the Southern District of Indiana**

**November 16, 2015**


**U.S. District Court for the Southern District of Texas**

**January 19, 2017**


**U.S. District Court for the District of Colorado**

**April 20, 2017**

8.    I have been admitted *pro hac vice* to the following courts:

U.S. District Court for the Southern District of Florida

U.S. District Court for the District of Maryland

U.S. District Court for the District of Minnesota

U.S. District Court for the District of Nevada

U.S. District Court for New Jersey

U.S. District Court for the Southern District of Ohio

U.S. District Court for the Eastern District of
Pennsylvania

U.S. District Court for the Western District of
Pennsylvania

U.S. District Court for the Eastern District of Virginia

Background and Qualifications

9.    From 1991 until October 2001, I was employed by the law office of Peter Marc Stern in New York, New York.

10.    In October 2001, I started my own practice, Bromberg Law Office, P.C., f/k/a Brian L. Bromberg, P.C., concentrating in the field of consumer protection law.

11.    I have experience in the fields of commercial litigation,

bankruptcy, real estate, landlord/tenant law, trusts and estates, and

criminal law.

12.    I now focus my practice on representation of consumers in

consumer rights litigation and class actions.

13.    I am a member of the following professional organizations:

Federal Bar Council

National Association of Consumer Advocates

Association of Small Claims Court Arbitrators

14.    In November 2014, I was elected to the Board of Directors

of the National Association of Consumer Advocates (NACA)

15.    With over 1,700 members, NACA is the premier membership

organization for consumer-protection attorneys in the United States.

16.    In November 2015, I was elected Treasurer of NACA.

17.    I am the principal author of an *amicus curiae* brief filed on

behalf of AARP and NACA in the case of *Naposki v. The First National

Bank of Atlanta d/b/a Wachovia Bank Card Services, and Wachovia*

*Corporation*, New York Supreme Court, Appellate Division, Second Department, Appellate Case No. 2002-02506.

18.     On behalf of NACA, I also helped prepare an *amicus curiae* brief submitted (on October 6, 2006) to the New York Court of Appeals by NACA and 12 other non-profit legal services and public interest organizations, in the case entitled *Merscorp, Inc. v. Romaine*.  I have assisted in the preparation of other *amicus* briefs that affect consumers' rights.

19.     I am experienced in trial and appellate court litigation and have the following reported cases, among others:

> *Eades v. Kennedy, PC Law Offices*, 2016 6988913 (W.D.N.Y. Nov. 22, 2016)


> *McCrobie v. Palisades Acquisition XVI, LLC*, 2016 WL 6651861 (2d Cir. 2016) (summary order)


> *White v. Fein, Such and Crane, LLP*, 2016 WL 6493415 (W.D.N.Y. Nov. 1, 2016)

8

*Annunziato v. Collecto, Inc.*, 2016 WL 5407871 (E.D.N.Y. Sept. 19,

2016)


*Godson v. Eltman, Eltman & Cooper, PC*, 177 F.Supp.3d 803

(W.D.N.Y. 2016)


*Godson v. Eltman, Eltman & Cooper, PC*, 2015 WL 9434228

(W.D.N.Y. Dec. 22, 2015)


*Godson v. Eltman, Eltman & Cooper, PC*, 2015 WL 5784908

(W.D.N.Y. Sept. 30, 2015)


*Hallmark v. Cohen & Slamowitz, LLP*, 2015 WL 4483959 (W.D.N.Y.

July 22, 2015)


*Dykes v. Portfolio Recovery Associates, LLC*, 111 F.Supp.3d 739

(E.D. Virginia 2015)


*Eades v. Kennedy, PC Law Offices*, 799 F.3d 161 (2d Cir. 2015)

*Dykes v. Portfolio Recovery Associates, LLC*, 306 F.R.D. 529 (E.D.

   Virginia 2015)


*Hallmark v. Cohen & Slamowitz, LLP*, 307 F.R.D. 102 (W.D.N.Y.

   2015)


*Sickler v. Colvin*, 2015 WL 1600320 (S.D.N.Y. Apr. 9, 2015)


*Annunziato v. Collecto, Inc.*, 304 F.R.D. 165 (E.D.N.Y. 2015)


*Hallmark v. Cohen & Slamowitz, LLP*, 304 F.R.D. 165 (W.D.N.Y.

   2015)


*Kalkstein v. Collecto, Inc.*, 304 F.R.D. 114, 2015 WL 59246

   (E.D.N.Y. Jan. 2, 2015)


*Clarke v. Hudson Valley Federal Credit Union*, 2014 WL 6791184

   (S.D.N.Y. Dec. 2, 2014)

*DeJesus v. City of New York*, 55 F.Supp.3d 520  (S.D.N.Y. Oct. 28,

2014)

*Hallmark v. Cohen & Slamowitz, LLP*, 302 F.R.D. 295 (W.D.N.Y.

2014)

*Hallmark v. Cohen & Slamowitz, LLP*, 2014 WL 2028426 (W.D.N.Y.

Sept. 15, 2014)

*Stinson v. Delta Management Associates, Inc.*, 302 F.R.D. 160

(S.D.Ohio 2014)

*Hallmark v. Cohen & Slamowitz, LLP*, 300 F.R.D. 110 (W.D.N.Y.

2014)

*Annunziato v. Collecto, Inc.*, 2014 WL 1410255 (E.D.N.Y. April 12,

2014)

*Torres v. Toback, Bernstein & Reiss LLP*, 2014 WL 988480

    (E.D.N.Y. Mar. 14, 2014) (report and recommendation),

    adopted in part, rejected in part, *Torres v. Toback,*

    *Bernstein & Reiss LLP*, 2014 WL 1330957 (E.D.N.Y. Mar. 31,

    2014)


*Kelen v. World Financial Network National Bank*, 295 F.R.D. 87

    (S.D.N.Y. 2013)


*Hallmark v. Cohen & Slamowitz, LLP*, 293 F.R.D. 410 (W.D.N.Y.

    2013), reconsideration denied, 2014 WL 51322 (Jan. 8,

    2014)


*Godson v. Eltman, Eltman & Cooper, PC*, 2013 WL 4832715

    (W.D.N.Y. Sept. 11, 2013)


*Castro v. Green Tree Servicing, LLC*, 959 F.Supp.2d 698 (S.D.N.Y.

    2013).

*Annunziato v. Collecto, Inc.*, 293 F.R.D. 329 (E.D.N.Y. 2013)

*Rubinstein v. Department Stores Nat. Bank*, 955 F.Supp.2d 260

    (S.D.N.Y. 2013)

*Taub v. Department Stores Nat. Bank*, 950 F.Supp.2d 698

    (S.D.N.Y. 2013)

*Lee v. Forster & Garbus LLP*, 926 F.Supp.2d 482 (E.D.N.Y. 2013)

*Linsley v. FMS Investment Corp.*, 288 F.R.D. 11 (D.Conn. 2013)

*Easterling v. Collecto, Inc.*, 692 F.3d 229 (2d Cir. 2012)

*Dashiell v. Van Ru Credit Corp.*, 283 F.R.D. 319 (E.D.Virginia 2012)

*Phillips v. City of New York*, 871 F.Supp.2d 200 (E.D.N.Y. 2012)

*Castro v. Green Tree Servicing LLC*, 2012 WL 2428190 (S.D.N.Y.

    June 22, 2012)

*Hallmark v. Cohen & Slamowitz, LLP*, 283 F.R.D. 136 (W.D.N.Y.

    2012)

*Torres v. Toback, Bernstein & Reiss LLP*, 278 F.R.D. 321 (E.D.N.Y.

    2012)

*Ellis v. General Revenue Corp.*, 274 F.R.D. 53 (D. Conn. 2011),

    motion to certify appeal denied, 2011 WL 2669155 (D. Conn.

    July 6, 2011), and leave to appeal denied, 2011 WL 3490271

    (2d Cir. Aug. 9 2011)

*Hess v. Cohen & Slamowitz LLP*, 637 F.3d 117 (2d Cir. 2011)

*Rubinstein v. Department Stores National Bank*, 2011 WL 147721

    (S.D.N.Y. Jan. 11, 2011)

*Cunningham v. Electronic Data Systems Corp.*, 754 F. Supp. 2d

    638 (S.D.N.Y. 2010)


*Follman v. World Financial Network National Bank*, 721 F. Supp.

    2d 158 (E.D.N.Y. 2010)


*Taub v. Big M, Inc.*, 719 F. Supp. 2d 325 (S.D.N.Y. 2010)


*Lemire v. Wolpoff & Abramson, LLP*, 2010 WL 1444581 (D. Conn.

    April 9, 2010)


*Tobey v. National Action Financial Services, Inc.*, 2009 WL

    3734320 (E.D.N.Y. Nov. 4, 2009)


*Miller v. Upton, Cohen & Slamowitz*, 579 F. Supp. 2d 189 (E.D.N.Y.

    Oct. 5, 2009)


*Lemire v. Wolpoff & Abramson*, LLP, 256 F.R.D. 321 (D. Conn.

    2009)

*Larsen v. JBC Legal Group, P.C.*, 588 F. Supp. 2d 360 (E.D.N.Y.

    2008)

*Larsen v. JBC Legal Group, P.C.*, 533 F. Supp. 2d 290 (E.D.N.Y.

    2008)

*Santoro v. Aargon Agency, Inc.*, 252 F.R.D. 675 (D. Nev. 2008)

*Francis v. A&E Stores, Inc.*, 2008 WL 46129858 (S.D.N.Y. Oct. 16,

    2008) (adopting report and recommendation, as modified),

    and 2008 WL 2588851 (S.D.N.Y. June 26, 2008) (report and

    recommendation)

*Bowens v. Atlantic Maintenance Corp.*, 2008 WL 704319 (E.D.N.Y.

    March 14, 2008)

*Simon v. Williams & Fudge, Inc.*, 2008 WL 268294 (S.D.N.Y. Jan.

    28, 2008)

*Ingram v. Coach USA, Inc.*, 2008 WL 281224 (D.N.J. Jan. 28, 2008)

*Henry v. Westchester Foreign Autos, Inc.*, 522 F. Supp. 2d 610 (S.D.N.Y. 2007)

*Meselsohn v. Lerman*, 485 F. Supp. 2d 215 (E.D.N.Y. 2007)

*Ayzelman v. Statewide Credit Services Corp.*, 242 F.R.D. 23 (E.D.N.Y. 2007)

*Ayzelman v. Statewide Credit Services Corp.*, 2006 WL 3388651 (E.D.N.Y. Nov. 21, 2006)

*Bourlas v. Davis Law Associates*, 237 F.R.D. 345 (E.D.N.Y. 2006)

*Trevino v. ACB American, Inc.*, 2006 WL 391797 (N.D. Cal. Feb. 17, 2006)

*Trevino v. ACB American, Inc.*, 232 F.R.D. 612 (N.D. Cal. 2006)

*Lawrence v. Borah, Goldstein, Altschuler, Schwartz & Nahins*, *P.C.*, 2005 WL 2875383 (S.D.N.Y. Nov. 1, 2005)

*Naposki v. First Nat. Bank of Atlanta*, 18 A.D.3d 834, 797 N.Y.S.2d 99 (2d Dept. 2005)

*Burns v. First American Bank*, 2005 WL 1126904 (N.D. Ill. April 28, 2005)

*Weniger v. Arrow Financial Services, LLC*, 2004 WL 2980646 (N.D. Ill. Dec. 21, 2004)

*Weniger v. Arrow Financial Services, LLC*, 2004 WL 2609192 (N.D. Ill. Nov. 17, 2004)

*Jacobs v. ABN-Amro Bank N.V.*, 2004 WL 869557 (E.D.N.Y. April

   21, 2004)


*Bracken v. Harris & Zide , L.L.P.*, 219 F.R.D. 481 (N.D. Cal. 2004)


*McDowall v. Leschack & Grodensky, P.C.*, 279 F. Supp. 2d 197

   (S.D.N.Y. 2003)


*McDowall v. Cogan*, 216 F.R.D. 46 (E.D.N.Y. 2003)


*Miller v. Wolpoff & Abramson, LLP*, 471 F. Supp. 2d 243 (E.D.N.Y.

   2007)


*Miller v. Wolpoff & Abramson, LLP*, 321 F.3d 292 (2d Cir. 2003)


*Trang v. HSBC Mortgage Corp.*, NYLJ, April 17, 2002, p. 28, col. 3


*Mailloux v. Arrow Financial Services*, LLC, 204 F.R.D. 38 (E.D.N.Y.

   2001)

*Mailloux v. Arrow Financial Services, LLC*, 2002 WL 246771

(E.D.N.Y. Feb. 21, 2002)

20.   I am also experienced in consumer fraud class action litigation and have participated in the following filed cases, among others:

*Ayzelman v. Statewide Credit Services Corp.*, EDNY, Case

No. 04-CV-3732 (statewide New York FDCPA

settlement class certification of 624 members;

settlement approved)

*Beaubrun v. Eric Streich, P.C.*, EDNY, Case No. 06-CV-6598

(statewide New York FDCPA settlement class

certification of 1,572 members; settlement approved)

*Bourlas v. Davis Law Associates*, EDNY, Case No. 05-CV-

4548 (statewide New York FDCPA settlement class

certification of 2,834 members; settlement approved)

*Bracken v. Harris & Zide, L.L.P.*, N.D.Cal., Case No. C 02-
5146 (statewide California FDCPA settlement class
certification of 3,534 members; settlement approved)

*Cinelli v. MCS Claim Services, Inc.*, EDNY, Case No. 04-CV-
3809 (statewide New York FDCPA settlement class
certification of 2,112 members; settlement approved)

*Dashiell v. Van Ru Credit Corp.*, E.D.Virginia, Case No. 12-
CV-273 (statewide Virginia FDCPA settlement class
certification of 65 members; settlement approved)

*DePrisco v. MCS Claim Services, Inc.*, EDNY, Case No. 03-
CV-1642 (statewide New York FDCPA settlement class
certification of 5,471 members; settlement approved)

*Eason v. AFNI, Inc.*, D. Md., Case No. 08-CV-128
(Maryland FDCPA class action certified through

motion; class of approximately 63,000 members;

settlement approved)

*Easterling v. Collecto, Inc.*, W.D.N.Y., Case No. 09-CV-669

(statewide New York FDCPA settlement class

certification of 181 members; settlement approved)

*Frank v. Sontag & Hyman, P.C.*, EDNY, Case No. 03-CV-6031

(statewide New York FDCPA settlement class

certification of 4,809 members; settlement approved)

*Jacobs v. Law Offices of Mitchell N. Kay*, EDNY, Case No.

02-CV-1062 (nationwide FDCPA settlement class

certification of 97 members; settlement approved)

*Jasper v. Account Control Technology, Inc.*, E.D.Virginia,

Case No. 13-CV-296 (FDCPA settlement class

certification; settlement approved)

*Lawrence v. Borah, Goldstein, Altschuler, Schwartz & Nahins, P.C.*, SDNY, Case No. 04-CV-3066(JCF)(statewide New York FDCPA settlement class certification of 7,150 members; settlement approved)

*Lewis v. Northeast Credit & Collections, Inc.*, SDNY, Case No. 07-CV-11593(SCR) ((statewide New York FDCPA class action certified through motion, class of over 6,000 members; settlement approved)

*Mailloux v. Arrow Financial Services*, EDNY, Case No. 01-CV-2000 (statewide New York FDCPA settlement class certification of 554 members; settlement approved)

*McDowall v. Cogan*, EDNY, Case No. 03-CV-419 (statewide New York FDCPA settlement class certification of 593 members; settlement approved)

*Meselsohn v. Lerman*, EDNY, Case No. 06-CV-4115

  (statewide New York FDCPA settlement class

  certification of 2,384 members; settlement approved)


*Miller v. Berks Credit & Collections, Inc.*, EDNY, Case No.

  02-CV-3633 (statewide New York FDCPA settlement

  class certification of 2,354 members; settlement

  approved)


*Milo v. Barneys, Inc.*, SDNY, Case No. 10-cv-3133 (TILA

  settlement class certification of 1,500 class members;

  settlement approved)


*Mitchell v. Surpas Resource Corporation*, SDNY, 01-CV-

  7230-WP (state-wide New York FDCPA settlement

  class certification of over 6,000 members; settlement

  approved)

*Morris v. CACH, LLC*, D.Nev., 13-CV-270 (statewide Nevada

FDCPA settlement class certification of over 1,000

members; settlement approved)

*Napoleon v. Pugh*, N.D.Cal., Case No. C 02-5149 (statewide

California FDCPA settlement class certification of

9,278 members; settlement approved)

*Richman v. Carol Wright Promotions, Inc.*, Supreme Court,

Queens County, Index No. 26824/02 (nationwide

consumer fraud settlement class certification of

approximately 5 million members; settlement

approved)

*Rubinstein v. Department Stores National Bank*, S.D.N.Y.,

Case No. 08-CV-1596 (nationwide TILA settlement

class certification of approximately 30 million class

members; settlement approved)

*Santoro v. Aargon Agency, Inc.*, D.Nev., Case No. 07-cv-1003

(statewide Nevada FDCPA class certified through

motion; class of approximately 10,000 members)

*Schwartz v. GE Capital Consumer Card Co.*, EDNY, Case No.

06-CV-394 (nationwide TILA settlement class

certification of 237,748 members; settlement

approved)

*Stinson v. Delta Management Associates, Inc.*, S.D.Ohio,

Case No. 13-CV-238 (FDCPA settlement class

certification; settlement approved)

*Strubel v. Talbots Classics National Bank*, S.D.N.Y., Case

No. 13-CV-1106 (TILA settlement class certification;

settlement approved)

*Tinsley v. Kay*, EDNY, Case No. 04-CV-2253 (statewide New York FDCPA settlement class certification of 53,907 members; settlement approved)

*Trang v. HSBC Mortgage Corp.*, Supreme Court, Queens County, Index No. 21810/01 (violations of NYS General Business Law § 349 & Real Property Law § 274-a; statewide New York settlement class certification of over 14,000 members; settlement approved)

21.   The above list highlights an important point: few law firms are regularly prosecuting TILA cases to class certification in the federal or state courts in New York. In other words, it is rare for TILA cases to proceed to class certification – whether on merits certification or as part of certification on settlement – in New York. Large firms will not take class cases under TILA because of the cap on statutory damages and small firms rarely prosecute such cases effectively. (The same holds true with respect to class actions brought under other statutes with damage caps, like the Truth in Lending Act.)

27

22.     In addition, I served on the National Association of

Consumer Advocates Class Action Guidelines Revision Committee.

The Committee revised the 1997 NACA Guidelines for Litigating and

Settling Consumer Class Actions, 176 F.R.D. 375 (1998). The revised

Guidelines, Nat'l Ass'n of Consumer Advocates, *Standards and

Guidelines for Litigating and Settling Consumer Class Actions* (rev.

2006), were adopted and published at 255 F.R.D. 215 (2d ed. 2006).

(The Guidelines have recently been revised a third time, but I was not

involved in that revision.)

23.     From 2007-2009 and from 2012-2014, I served on the

Consumer Affairs Committee of the Association of the Bar of the City

of New York.

24.     From 2009-2012, I served on the Civil Courts Committee of

the Association of the Bar of the City of New York.

25.     I have spoken to the public about consumer-protection

issues and lobbied Congress concerning consumer-protection issues,

and spoken at a press conference in support of a bill introduced in

Congress to provide consumers with more information and give them

greater protection when they use credit cards.

26.     I have testified concerning debt-collection abuse before the New York City Department of Consumer Affairs and the New York State General Assembly Committee on Consumer Affairs and Protection.

27.     I lectured at National Consumer Law Center and National Association of Consumer Advocates conferences in November 2006, March 2007, September 2007, November 2007, March 2008, May 2008, February 2009, March 2010, November 2010, March 2011, November 2011, February 2012, March 2014, March 2015, March 2016, March 2017, and April 2017. I have also spoken on consumer-law issues at the Association of the Bar of the City of New York, the New York County Lawyers Association, the Suffolk County Bar Association, the Association of Small Claims Court Arbitrators, and New York Law School.

28.     In December 2009, I participated in a Federal Trade Commission Debt Collection Roundtable.

29.     In February 2010, MFY Legal Services, Inc. honored me for my work on consumer rights with a Partner in Justice Award, "in

recognition of exemplary pro bono service and commitment to ensuring equal access to justice for all."

30.   In April 2012, I was invited to speak about "Class Action Developments and Settlements" at the premier class-action-defense-bar conference: Practising Law Institute's "17th Annual Consumer Financial Services Institute in NYC."

31.   In July 2013, I was invited to speak again on a Practising Law Institute panel for a program entitled "Representing the Pro Bono Client: Consumer Law Basics 2013.

32.   Most recently, in November 2016, I was invited to speak on a panel of attorneys at New York Law School about the Consumer Financial Protection Bureau's anticipated rules prohibiting the class-action waivers in arbitration clauses in consumer contracts and requiring the reporting of detailed records concerning the results of consumer-arbitration proceedings.

33.   In addition, although not related to consumer-finance issues, I have frequently served as pro bono *amicus* counsel on behalf of food-policy organizations attempting to address issues concerning obesity and nutritional labelling.

**My Hourly Rate**

34.     On federal-court litigation, I bill $400 to $600 an hour on contingency.

35.     As my expertise in the field of consumer litigation has increased, federal judges in Brooklyn, Manhattan, Central Islip, and White Plains have by-and-large steadily increased my approved rates:

    a. $200/hour – *Cooper v. Sunshine Recoveries, Inc.*, No. 00-CIV-8898(LTS)(JCF), 2001 WL 740765 (S.D.N.Y. Francis, M.J.  June 27, 2001) (FDCPA case in Manhattan)

    b. $225/hour – *Kapoor v. Rosenthal*, 269 F.Supp.2d 408 (S.D.N.Y. Ellis, M.J. 2003) (FDCPA case in Manhattan)

    c. $300/hour – *Cinelli v. MCS Claim Svcs.*, 236 F.R.D. 118 (E.D.N.Y. Boyle, M.J. 2006) (FDCPA case in Central Islip)

    d. $300/hour – *Larsen v. JBC Legal Group, P.C.*, 588 F.Supp.2d 360 (E.D.N.Y. Boyle, M.J. 2006) (FDCPA case in Central Islip)

    e. $350/hour (plus a 1.38 multiplier) – *Lewis v. Northeast Credit & Collections, Inc.*, S.D.N.Y. No. 07-CV-11593(SCR) (Robinson, J.) (FDCPA case in White Plains; no written

decision, but the multiplier request and the resulting

court order, filed September 2, 2009, are reflected on

PACER)

f.  $400/hour (plus a 2.0 multiplier) – *Schwartz v. GE Capital*

*Consumer Card Co.*, E.D.N.Y. No. 06-CV-394(JMA)

(Azrack, M.J.) (TILA case in Brooklyn; no written

decision, but the multiplier request and the resulting

order, filed September 25, 2007, are reflected on PACER)

g.  $450/hour (plus a 2.25 multiplier) – *Rubinstein v.*

*Department Stores National Bank*, No. 08-cv-

1596(LTS)(GWG), 2011 WL 147721 (S.D.N.Y. Jan. 11,

2011)

h.  $500/hour – *Milo v. Barneys, Inc.*, SDNY, Case No. 10-cv-

3133 (PKC) (TILA case in Manhattan; no written decision,

but the rate and the resulting order are reflected on

PACER)

i.  $550/hour (plus a 3.2 multiplier) – *Strubel v. Talbots*

*Classics National Bank*, S.D.N.Y., Case No. 13-CV-1106

(PAE) (TILA case in Manhattan; no written decision, but

the rate and the resulting order are discussed at length

on the record by Judge Engelmayer)

36.    Thus, here, my rate of $400 an hour is reasonable

considering my more than 25 years of experience as an attorney and

my extensive experience with consumer class action litigation. *See De

La Paz v. Rubin & Rothman, LLC*, 2013 WL 6184425 (Nov. 25, 2013),

and *White v. First American Registry*, 2007 WL 703926 (Mar. 7, 2007)

(in both cases awarding $550 an hour to James Fishman, a seasoned

attorney with whom I have worked and lectured at the City Bar and at

national consumer-law conferences); *see also*, *Perez v. Tri State Auto

Mall, Inc.*, No. 10–cv–2389 (CBA)(JO), 2011 WL 2621323 (E.D.N.Y. June

29, 2011) (finding a rate of $350 an hour reasonable for an attorney

who has only been practicing consumer law for slightly over 10 years).

37.    My contemporaneous records, reflecting my office's time

and disbursements, are attached as <u>Exhibit A</u>.

38.    Based upon my records, I have accumulated approximately

41.70 hours of time at a billing rate of $400 an hour for a total of

$16,680.00 in time.

39.    Because my co-counsel, Daniel S. Blinn, Esq., paid the printing costs on this case, my office has not incurred any costs.

40.    Accordingly, the total amount in billable fees, costs and disbursements to date for my office is $16,680.00, as reflected in **Exhibit A**.

Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby certify under penalties of perjury, that the above statements are true and correct to the extent they reflect my personal knowledge and otherwise are based upon my information and belief.

Dated: New York, New York

May 27, 2017

**/s/ Brian L. Bromberg**

**Brian L. Bromberg**

# Exhibit A

**Bromberg Law Office, P.C.**

**26 Broadway**
**21st Floor**
**New York, NY 10004**
**(212) 248-7906**

| | |
|---|---|
| **Elisa Franco** | **Date:** 5/27/2017 |
| | **File** / |
| **Re:  Franco, Elisa v. A Better Way** | **Number:** 11047 |
| **Wholesale Autos** | **Invoice** |
| | **Number:** |

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 09/15/2016 | BLB | Telephone call w/ Dan Blinn re handling appeal and anticipated issues | 0.20 | 80.00 |
| 09/15/2016 | BLB | Telephone call w/ Dan Blinn re motion to reinstate appeal and | 0.20 | 80.00 |

Case 3:14-cv-00422-VLB Document 70-3 Filed 05/30/17 Page 37 of 39

whether to oppose

| | | | | |
|---|---|---|---|---|
| 09/28/2016 | BLB | Preparation and filing of Notice of Appearance | 0.20 | 80.00 |
| 10/13/2016 | BLB | Telephone call w/ Dan Blinn re scheduling letter | 0.10 | 40.00 |
| 12/08/2016 | BLB | Email correspondence with Dan Blinn re proposed escrow agreement | 0.10 | 40.00 |
| 12/15/2016 | BLB | Telephone call w/ Dan Blinn re issues concerning brief | 0.10 | 40.00 |
| 12/25/2016 | BLB | Preparation of opposition appellate brief | 9.30 | 3,720.00 |
| 12/26/2016 | BLB | Preparation of revised opposition brief | 5.60 | 2,240.00 |
| 12/27/2016 | BLB | Preparation of revised opposition brief | 8.10 | 3,240.00 |
| 12/28/2016 | BLB | Preparation of revised opposition brief | 4.20 | 1,680.00 |

| | | | |
|---|---|---|---|
| 12/29/2016 BLB | Final preparation and e-filing of opposition brief | 3.70 | 1,480.00 |
| 01/02/2017 BLB | Preparation and filing of Oral Argument Statement | 0.50 | 200.00 |
| 03/02/2017 BLB | Preparation for oral argument | 2.40 | 960.00 |
| 03/22/2017 BLB | Preparation and filing of Acknowledgment of Oral Argument form | 0.30 | 120.00 |
| 05/02/2017 BLB | Telephone call w/ Dan Blinn to prepare for Friday's oral argument | 1.30 | 520.00 |
| 05/05/2017 BLB | Court, preparation for and attendance at oral argument | 2.30 | 920.00 |
| 05/05/2017 BLB | Telephone call w/ Dan Blinn re oral argument | 0.20 | 80.00 |
| 05/13/2017 BLB | Research of recent case from Alabama Supreme Court; email correspondence w/ Dan Blinn re whether to bring it to the attention | 0.50 | 200.00 |

Case 3:14-cv-00422-VLB   Document 70-3   Filed 05/30/17   Page 39 of 39

**of the Circuit**

| | | | |
|---|---|---|---|
| **05/15/2017 BLB** | **Email correspondence with Dan Blinn -- decided that the Alabama Supreme Court case wasn't on point** | **0.10** | **40.00** |
| **05/26/2017 BLB** | **Preparation of fee-petition declaration** | **1.20** | **480.00** |
| **05/27/2017 BLB** | **Final preparation of fee-petition documents for filing** | **1.10** | **440.00** |
| | **Total Fees** | **41.70** | **$16,680.00** |

**TOTAL NEW CHARGES**            **$16,680.00**

**STATEMENT OF ACCOUNT**

   **Current Fees**            **16,680.00**

**AMOUNT DUE AND OWING TO DATE**       **$16,680.00**